Form 3

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SAHAMITR PRESSURE CONTAINER PLC.,<br><br>                          Plaintiff,<br>  v.<br><br>UNITED STATES,<br>                          Defendant. | **S U M M O N S**<br>Court No. 22-00107 |

**TO:**   The Attorney General and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. The plaintiff is Sahamitr Pressure Container Plc. (also known as Sahamitr Pressure Container Public Company Limited). Plaintiff is a Thai producer/exporter of subject merchandise and participated in the Department's administrative review that resulted in the contested finding. Plaintiff therefore is a party to the proceeding and is entitled to commence this civil action pursuant to 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a(a)(2)(B)(iii).

2. Plaintiff contests the Final Results of the 2018-2020 Antidumping Duty Administrative Review in Steel Propane Cylinders from Thailand (case no. A-549-839) by the International Trade Administration, Department of Commerce.

3. The underlying administrative determination was issued on March 2, 2022.

4. The Final Results were published in the Federal Register on March 7, 2022 (87 Fed. Reg. 12659).

     /s/ David E. Bond
David E. Bond
Ron Kendler
Danica Harvey
WHITE AND CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

Date: April 6, 2022

## SERVICE OF SUMMONS BY THE CLERK

### SAHAMITR PRESSURE CONTAINER PLC. v. UNITED STATES
### CIT Court No. 22-00107

Pursuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, for which the filing of a summons only is required for commencement of the action. In accordance with CIT Rule 4(a)(1) and (4), the Clerk of the Court is requested to serve the summons on each of the following named defendants:

### UPON THE UNITED STATES:

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

### UPON THE DEPARTMENT OF COMMERCE:

Leslie Kiernan
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC 20230

Robert Heilferty
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

## NOTICE TO INTERESTED PARTIES

**SAHAMITR PRESSURE CONTAINER PLC. v. UNITED STATES**
**CIT Court No. 22-00107**

      I, David E. Bond of the law firm White & Case LLP, hereby certify that on or promptly after April 6, 2022, pursuant to CIT Rule 3(f), I notified all interested parties who were a party to the proceeding below, by mailing copies of the foregoing Summons, Form 5, Form 13, and Form 17, by certified mail, return receipt requested:

**ON BEHALF OF WORTHINGTON INDUSTRIES**
David C. Smith
**Kelley Drye & Warren LLP**
3050 K Street, NW, Suite 400
Washington, DC 20007

**ON BEHALF OF WORLDWIDE DISTRIBUTION, LLP**
Gregory S. Menegaz
**deKieffer & Horgan**
1090 Vermont Avenue, NW
Suite 410
Washington, DC 20005

                                                      /s/ David E. Bond
                                                        David E. Bond

## CERTIFICATE OF SERVICE

I, David E. Bond, of the law firm White & Case LLP, hereby certify that on or promptly after April 6, 2022, copies of the foregoing Summons, Form 5, Form 13, and Form 17, were delivered to the following parties by certified mail, return receipt requested:

**UPON THE UNITED STATES:**

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**

Leslie Kiernan
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC 20230

Robert Heilferty
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

                                                                    /s/ David E. Bond
                                                                        David E. Bond