## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SAHAMITR PRESSURE CONTAINER PLC., <br>    *Plaintiff*, <br> and <br> WORLDWIDE DISTRIBUTION, LLLP, <br>    *Plaintiff-Intervenor*, <br> v. <br> UNITED STATES, <br>    *Defendant*, <br> and <br> WORTHINGTON INDUSTRIES, <br>    *Defendant-Intervenor*. | Ct. No. 22-00107 <br><br> Before: M. Miller Baker, Judge |

## JUDGMENT

For the reasons stated in Slip Opinion 24-54 (ECF 66), the court sustains the Department of Commerce's final determination in this matter.

Dated:     May 2, 2024            /s/ *M. Miller Baker*
             New York, New York    M. Miller Baker, Judge