## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| SAHAMITR PRESSURE CONTAINER PLC.,<br><br>　　　　　Plaintiff,<br><br>and<br><br>WORLDWIDE DISTRIBUTION, LLLP,<br><br>　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES,<br><br>　　　　　Defendant,<br><br>and<br><br>WORTHINGTON INDUSTRIES,<br><br>　　　　　Defendant-Intervenor. | Court No. 22-00107 |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiff Sahamitr Pressure Container Plc. ("SMPC") hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's order for partial final judgment and judgment entered in this action on May 2, 2024.

Respectfully submitted,

WHITE & CASE LLP

/s/ Jay C. Campbell
Jay C. Campbell
Ron Kendler
Danica Harvey
WHITE AND CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

Counsel to Sahamitr Pressure
Container Plc.

Date: July 1, 2024

2

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Rule 2(b) of the Court's Standard Chambers Procedures, the undersigned counsel certifies that Plaintiffs' Notice of Appeal complies with the Court's type-volume limitation rules. According to the word count calculated by the word processing system with which the motion was prepared, the motion contains a total of 42 words.

/s/ Jay C. Campbell

July 1, 2024

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of July 2024, I electronically

filed a copy of the foregoing using the CM/ECF system, which sent a

notification of such filing to counsel of record.


/s/ Jay C. Campbell